UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | MAGISTRATE NO. 21-MJ-218 (ZMF) |
| : | |
| WILLIAM CHRESTMAN, : | |
| : | |
| : | |
| Defendant. : | |

**MOTION FOR TRANSPORT ORDER**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court enter an Order directing the United States Marshals Service to transport defendant William Chrestman from the District of Kansas to the District of Columbia for further proceedings on the Complaint filed against him, charging the defendant with Conspiracy (18 U.S.C. § 371); Civil Disorder (18 U.S.C. § 231(a)(3)); Obstruction of an Official Proceeding (18 U.S.C. § 1512(c)(2)); Threatening to Assault a Federal Law Enforcement Officer (18 U.S.C. § 115(a)(1)(B)); Knowingly Entering or Remaining an any Restricted Building or Grounds without Lawful Authority and with a Dangerous Weapon (18 U.S.C. §§ 1752(a)(1) and (2); 18 U.S.C. § 1752(b)(1)(A)); and Disorderly Conduct on Capitol Grounds (40 U.S.C. §§ 5104(e)(2)(D) and (G)). In support of its motion, the United States states as follows:

1. On February 11, 2021, the defendant William Chrestman was arrested in his home state of Kansas on an arrest warrant issued out of the United States District Court for the District of Columbia by Magistrate Judge Zia M. Faruqui in connection with a Criminal Complaint charging the defendant with the crimes outlined above.

2. Defendant made his initial appearance on February 12, 2021 in front of a Magistrate

Judge in the District of Kansas. At his initial appearance, the government made a motion to detain the defendant without bond pending trial pursuant to 18 U.S.C. § 3142(f)(1)(E), and the defendant was held on a three-day hold pending his detention hearing.

3. At the detention hearing on February 17, 2021, the United States renewed its motion to detain the defendant without bond pending trial. The defendant is subject to detention pursuant to 18 U.S.C. §§ 3142(f)(1)(E), 3142(f)(2)(A), and 3142(f)(2)(B).

4. The presiding Magistrate Judge denied the government's detention motion and issued an order releasing Defendant with certain conditions on Friday, February 19, 2021.

5. Also on February 19, 2021 the United States immediately moved to stay the defendant's release pending its appeal. The Magistrate Judge has not yet ruled on this motion.

6. The defendant remains detained until likely Monday, February 22 so that he can be affixed with a GPS monitoring device and meet other conditions.

7. In order to have counsel appointed to represent the defendant in the District of Columbia, to resolve the pending motion to review the release determination made by the Magistrate Judge in the District of Kansas, and to conduct further proceedings in this matter, the defendant, who remains temporarily detained, needs to be transported to the District of Columbia by the United States Marshals Service.

Accordingly, the United States moves this Court to issue an Order directing the United States Marshals Service to transport defendant William Chrestman forthwith to the District of Columbia for further proceedings.

                Respectfully submitted,

                MICHAEL R. SHERWIN
                Acting United States Attorney
                NY Bar No. 4444188

By:    /s/Christopher A. Berridge_____
                Christopher A. Berridge
                Assistant United States Attorney
                GA Bar No. 829103
                555 4th Street, N.W.
                Washington, DC 20530
                Desk: (202) 252-6685
                Mobile: (202) 740-1738
                Christopher.Berridge@usdoj.gov