UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                              ) | |
|        Plaintiff,            ) | |
|                              ) | |
| vs.                          ) | Case No. 1:21mj00218-02-ZMF |
|                              ) | |
| LOUIS ENRIQUE COLON,         ) | |
|                              ) | |
|        Defendant.            ) | |

**ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY JAMES R. HOBS *PRO HAC VICE***

The Court has reviewed the defendant's motion for admission of attorney James R. Hobbs *pro hac vice*. Upon consideration of that motion, the Court grants attorney James R. Hobbs *pro hac vice* admission to this Court.

IT IS SO ORDERED.

_____
Robin M. Meriweather
United States Magistrate Judge